UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| REBECCA HUNT,<br><br>         Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC.; and DOES 1-100, inclusive,<br><br>         Defendant. | Case No.  2:11-CV-01132-WBS-KJN<br><br>**ORDER FOR EXTENSION OF TIME FOR DEFENDANT WAL-MART STORES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT [E.D. Cal. R. 144]**<br><br>Trial Date:   TBD<br>Complaint Filed:  February 22, 2011<br>Complaint Served: March 28, 2011<br>Complaint Removed:  April 27, 2011 |

## **ORDER**

Having reviewed the parties' Joint Motion, the Court grants the request for an extension of time, from May 4, 2011 to July 15, 2011, for Defendant to file a responsive pleading to Plaintiff's Complaint.

Dated this 3rd day of May, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT