1   MICHAEL T. LUCEY (SBN: 099927)
    KEVIN D. WHITTAKER (SBN: 224700)
2   GORDON & REES LLP
    275 Battery Street, Suite 2000
3   San Francisco, CA 94111
    Telephone:  (415) 986-8054
4
    Attorneys for Defendant
5   WAL-MART STORES, INC.

6   LAWRANCE A. BOHM (SBN 208716)
    BOHM LAW GROUP
7   4600 Northgate Blvd., Suite 210
    Sacramento, CA 95834
8   Telephone: (916) 927-5574
    Facsimile: (916) 927-2046
9
    ERIKA M. GASPAR, (SBN 238117)
10  LAW OFFICE OF ERIKA M. GASPAR
    2121 Natomas Crossing Drive, Suite 200-399
11  Sacramento, CA  95834
    Telephone (916) 749-0278
12  Facsimile (916) 647-0535

13  Attorneys for Plaintiff
    REBECCA HUNT
14
                        UNITED STATES DISTRICT COURT
15
                        EASTERN DISTRICT OF CALIFORNIA
16

17

18  REBECCA HUNT,                        Case No.  2:11-cv-01132-WBS-KJN

19              Plaintiffs,              **STIPULATION AND [~~PROPOSED~~]
                                         ORDER FURTHER EXTENDING THE
20        v.                             DEADLINES OF THE STATUS (PRETRIAL
                                         SCHEDULING) ORDER**
21  WAL-MART STORES, INC.; and DOES
    1-100, inclusive,
22
    Defendants.
23

24

25

26          Plaintiff, REBECCA HUNT, by and through her attorneys of record, Lawrance A. Bohm

27  and Erika M. Gaspar, and Defendant, WAL-MART STORES, INC., by and through their

28  attorneys of record Michael T. Lucey and Kevin D. Whittaker stipulate to modify this Court's

                                          1

1  Status (Pretrial Scheduling) Order (Doc #10) of August 17, 2011 as modified by Order (ECF 13)

2  on June 1, 2012 to extend all dates in this matter an additional 60 days.

3  **I. EXISTENCE OF GOOD CAUSE**

4

5          Good cause exists and extra time is required because:

6          1.      Third party material witnesses (former employees of Defendant) identified

7  by Defendant have yet to be located. Some of these witnesses may be designated most

8  knowledgeable persons on behalf of Defendant.  Plaintiff is willing to afford Defendant an

9  opportunity to locate and interview its witnesses.  In the interim, Plaintiff and Defendant

10  have been cooperating in identifying witnesses to be deposed and coordinating the

11  calendaring of the depositions.  An additional 60 days would allow parties sufficient time

12  to complete all depositions in this matter.

13          2.      The parties have elected and are still waiting for referral of this action to

14  Voluntary Dispute Resolution Program. In the interim, the parties have been actively

15  discussing the merits of this case and negotiating potential settlement.  An additional 60

16  days also affords the parties the opportunity to delay the expense of expert discovery and

17  dispositive motions increasing the likelihood of settlement.

18          3.      Neither party would be prejudiced by the requested modification to the Court's

19  Status (Pretrial Scheduling) Order, nor is the request sought for an improper purpose. The

20  requested continuance will avoid unnecessary use of judicial resources in the event this matter is

21  ultimately settled.

22          4.      Tulane Law School has requested Plaintiff's counsel, Lawrance A. Bohm, donate

23  his time for instruction of third year law students in New Orleans from January 7 – 12, 2013.

24  The program depends entirely upon volunteer instructors who are practicing trial attorneys. The

25  time frame for the instruction cannot be moved.  Plaintiff has consented to Mr. Bohm's

2

participation on the faculty subject to this Court's Order continuing the trial of this matter.  .

     5.     Counsel for the parties believe that the interests of justice and efficiency would be served by an Order granting the requested continuance.  Accordingly, both counsel request modifications to the Court's Status (Pretrial Scheduling) Order so that both parties can adequately exhaust pretrial resolution and prepare for trial in this case.

**II. STIPULATION**

For the foregoing reasons, the parties to this action hereby ***STIPULATE AS FOLLOWS***:

     1. That the following modifications be made to the Court's Status (Pretrial Scheduling) Order:

|  | Previous Date: | New Date: |
| --- | --- | --- |
| Discovery Cut-Off | October 29, 2012 | December 28, 2012 |
| Expert Disclosure Date | September 14, 2012 | November 13, 2012 |
| Rebuttal Expert Disclosure Date | October 15, 2012 | December 14, 2012 |
| Motion Filing deadline | October 29, 2012 | December 28, 2012 |
| Final Pretrial Conference | December 10, 2012 | **February 4, 2013 at 2:00 p.m.** |
| Trial | January 8, 2013 | **March 12, 2013 at 9:00 a.m.** |

Stipulation Further Extending PreTrial Scheduling Order
HUNT v. WAL-MART STORES, INC., et al..

1

2
Dated:  8/28/12

3                                              */s/Kevin D. Whittaker*
                                    MICHAEL T. LUCEY, ESQ.
4                                   KEVIN D. WHITTAKER, ESQ.
                                    GORDON REESE
5                                   Attorneys for Defendant
                                    WAL-MART STORES, INC.
6

7

8                                              */s/Erika M. Gaspar*
   Dated:  8/31/2012                 LAWRANCE A. BOHM, ESQ.
9                                   ERIKA M. GASPAR, ESQ.
                                    Attorneys for Plaintiff
10                                  REBECCA HUNT

11

12

13  IS SO ORDERED:

14  Date:          August 31, 2012

15

16

17                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

4