LAWRANCE A. BOHM, (SBN 208716)
BOHM LAW GROUP
4600 Northgate Blvd
Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile: (916) 927-2046

Attorney for Plaintiff
REBECCA HUNT

MICHAEL T. LUCEY (SBN: 099927)
KEVIN D. WHITTAKER (SBN: 224700)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-8054

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA HUNT,<br><br>            Plaintiffs,<br><br>      v.<br><br>WAL-MART STORES, INC.; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. 2:11-cv-01132-WBS-KJN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)] |

///

///

///

///

///

1

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their attorneys of record and subject to Court approval, to the following:

1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to the dismissal of the entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated: November 16, 2012      By:   */s/ Lawrance A. Bohm*
                                    LAWRANCE A. BOHM, ESQ.

                                    Attorney for Plaintiff
                                    REBECCA HUNT


Dated: November 16, 2012      By:   */s/ Kevin D. Whittaker*
                                    KEVIN D. WHITTAKER, ESQ.

                                    Attorney for Defendant
                                    WAL-MART STORES, INC.


**IT IS SO ORDERED:**

Date:  November 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2